FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR ALEJANDRO OZUNA,<br>Defendant. | Criminal Case No. 08CR 947-JM<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendant OSCAR ALEJANDRO OZUNA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

[signature]
for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
3/27/08