**Minutes of the United States District Court**
**Southern District of California**
**MAY 20, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

---

TAPE NO. JMA08-01-15:47-16:15

08CR947-JM USA vs. OSCAR ALEJANDRO OZUNA - 06061298 (C)

STATUS HRG MARTHA HALL, CJA

AUSA: TARA MCGRATH

---

GOVT'S ORAL MOTION TO DISMISS THE INFORMATION - GRANTED WITHOUT PREJUDICE

DFT INDICTED IN CASE NUMBER 08CR1451-JM

ABSTRACT ISSUED TO THE USM

1 MINUTE