**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
vs )
Oscar Alejandro Ozuna )

CASE NUMBER 08cr947-JM

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5-21-08

the Court entered the following order:

X Defendant be released from custody. as to this case only

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $________ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ______ years.

___ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

X Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. Dft pending in another, 08cr1451-JM; Do Not release dft.

2008 MAY 21 A 11:03

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

OR

R. Rhone

by Rheard. Rhone
Deputy Clerk

Received ____________
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY